IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROTHSCHILD PATENT IMAGING, LLC<br><br>Plaintiff/Counter-Defendant<br><br>v.<br><br>ACDSEE, INC.<br><br>Defendant/Counterclaim Plaintiff | Civil Action No. 2:20-cv-01203-BJR<br><br>**Order of Dismissal** |

Each party's claims are dismissed WITH PREJUDICE, with each party to bear their own costs and fees.

**IT IS SO ORDERED.**

DATED this 27th day of October, 2020.

_____
The Honorable Barbara Rothstein
United States District Judge