1

2                    **IN THE UNITED STATES DISTRICT COURT**
                    **FOR THE WESTERN DISTRICT OF WASHINGTON**
3

4   ROTHSCHILD PATENT IMAGING, LLC          Civil Action No. 2:20-cv-01203-BJR

5             Plaintiff/Counter-
              Defendant
6                                           **Order of Dismissal**

7       v.

8   ACDSEE, INC.

9             Defendant/Counterclaim
              Plaintiff
10

11
                         **ORDER OF DISMISSAL**
12
            In accordance with the stipulation of the parties, Plaintiff's claims and defense are dismissed
13
    *with prejudice*, and Defendants' counterclaims and defenses are dismissed *without prejudice*, with
14
    each side to bear its own costs and fees.
15

16
            **IT IS SO ORDERED.**
17

18
            DATED this 27th day of October, 2020.
19

20
                                           _Barbara J Rothstein_
21                                          _____
                                              The Honorable Barbara Rothstein
22                                            United States District Judge

23

24

25

26

27

28